## Case No. 16,310.

UNITED STATES v. The S. K. KIRBY.

[Cited in The Daniel Ball, Case No. 3,564. Nowhere reported; opinion not now accessible.]